UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

| | |
|---|---|
| JAMES BRADY, as Chairman and WILLIAM GRIMM, as Secretary of the Minnesota Laborers Health and Welfare Fund and Minnesota Laborers Pension Fund; JAMES BRADY, as Chairman and KEITH KRAMER, as Secretary of the Minnesota Laborers Vacation Fund; FRED CHASE, as Chairman and JEFF SEIPEL, as Secretary of the Construction Laborers' Education, Training, and Apprenticeship Fund of Minnesota and North Dakota; SCOTT WEICHT, as Chairman and JAMES HEGGE, as Secretary of the Minnesota Laborers Employers Cooperation and Education Trust; and each of their successors, | Civil File No. 03-4104 PJS/RLE |
| Plaintiffs, | |
| vs. | **ORDER FOR DISMISSAL** |
| MINNESOTA VALLEY LANDSCAPE, INC., MV LABOR, INC., DAVID LINDSTROM, individually, and ALLYN LINDSTROM, individually, | |
| Defendants. | |

---

Pursuant to the Stipulation of the Parties, the Court being fully advised in the premises,

IT IS HEREBY ORDERED:

This matter is hereby dismissed, on the merits and with prejudice, but without costs to any party, and the clerk shall enter judgment of dismissal.

Dated: August 31, 2006

                                                          S/ Donald D. Alsop
                                                     Donald D. Alsop
                                                     United States District Court Judge

258478.DOC